**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7946**

SAMUEL R. JACKSON,

        Plaintiff - Appellant,

     v.

EDDIE HART; CHARLIE HARGROVE; JOYCE COZART; GREGORY
GOULDMAN; ASCEE ANDERSON; PAMELA HENDERSON; DR. JOSEPH
LIGHTSEY,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. James C. Dever III,
Chief District Judge. (5:13-ct-03202-D)

Submitted: May 24, 2016          Decided: June 7, 2016

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samuel R. Jackson, Appellant Pro Se. Joseph Finarelli, Special
Deputy Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE,
Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel R. Jackson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint and several related orders. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jackson v. Hart, No. 5:13-ct-03202-D (E.D.N.C. Nov. 9, 2015; Dec. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED